**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Zola Gearing,

    Plaintiff,

        v.                 Case No. 1:24cv311

United States of America,

    Defendant.

## ORDER

This case has been stayed pending the resolution of the Plaintiff's bankruptcy proceedings. On April 21, 2025, the parties filed a Status Report (Doc. 34) requesting that the stay be lifted. Thus, the Court hereby **LIFTS the STAY**.

The Court further ORDERS that the parties prepare and submit an Amended Rule 26(f) Report. This Rule 26(f) Report shall be filed no later than May 15, 2025.

Parties can obtain the Court's pretrial forms, such as the Rule 26(f) report and joint final pretrial order forms as well as its trial procedures by visiting www.ohsd.uscourts.gov/FPbarrett.

    **IT IS SO ORDERED.**

                                            s/*Michael R. Barrett*
                                            Michael R. Barrett
                                            United States District Judge